AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

TRACIE HUNTER

       V.

HAMILTON COUNTY BOARD OF ELECTIONS, et al.,

Case Number:   1:10cv820

Chief Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that a Hearing on Plaintiff's Emergency Motion (doc#20) for Order to Enforce Preliminary Injunction Order in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | TO BE DONE BY TELEPHONE |
| | DATE AND TIME |
| | December 13, 2010 at 11:00 a.m. |

JAMES BONINI, CLERK

    s/William Miller
William Miller
Case Manager

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.