## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **TRACIE HUNTER, et al.,** | : | **Case No. 1:10-cv-820** |
| | : | |
| **Plaintiffs,** | : | |
| | : | **Chief Judge Susan J. Dlott** |
| **vs.** | : | |
| | : | |
| **HAMILTON COUNTY BOARD OF** | : | **PLAINTIFF HUNTER'S NOTICE** |
| **ELECTIONS, et al.** | : | **OF ADDITIONAL EQUITABLE** |
| | : | **RELIEF REQUEST** |
| **Defendants.** | : | |
| | : | |

Plaintiff Hunter requested in her Complaint an award of "further relief as this court shall deem just and reasonable." (Doc. 1 Wherefore Clause ¶ G). Plaintiff may seek additional equitable relief in the future, depending on what rulings the Court issues, what actions Defendant takes or does not take in response to the Court's rulings, and whether the ultimate vote count changes the results of the election for Hamilton County Juvenile Court Judge.

While it is premature for Plaintiff to seek any such relief at this stage, Plaintiff files this pleading to put the Court and parties on notice of a potential future request for additional equitable relief, including an award of back pay and a declaration of any appropriate rightful start date for the position of juvenile judge. At this point plaintiff simply seeks to preserve the opportunity to file for such relief before any judgment becomes final and appealable.

Respectfully submitted,

/s/ Jennifer L. Branch
Jennifer L. Branch #0038893
Trial Attorney for Plaintiff
GERHARDSTEIN & BRANCH CO. LPA

Alphonse A. Gerhardstein #0032053
Attorney for Plaintiff
432 Walnut Street, Suite 400
Cincinnati, Ohio 45202
(513) 621-9100
(513) 345-5543 fax
jbranch@gbfirm.com
agerhardstein@gbfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2011, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

/s/ Jennifer L. Branch