# CERTIFICATE OF ELECTION

R.C. 3505.38

THE STATE OF OHIO, _____ HAMILTON _____ COUNTY, SS.

We, the undersigned, BOARD OF ELECTIONS, having canvassed all the returns and declared the result of the

_____ General _____ Election held on Tuesday, the _2nd_ day of _November_ , _2010_ ,
(Primary or General)

within and for _____ Hamilton County _____ .
(County, City, District, etc...)

DO HEREBY CERTIFY THAT _____ Tracie M. Hunter _____ WAS DULY ELECTED
(Name)

_____ Judge, Ct. of Common Pleas-Juvenile Division _____
(Office)

for the _____ full _____ term commencing January 1, 2011 _____
(full or unexpired)                                    (beginning or ending)

as appears by the returns of the election and the abstract of votes now on file in the office of the Board of Elections.

**In Witness Whereof,** we have hereunto subscribed our names and caused our official

seal to be affixed at _____ Cincinnati _____ , Ohio, this _17th_

day of _____ May _____ 2012 .

_Timothy M. Burke_

_Charles H. Gerhardt III_          Chair

Attest: _Amy Searcy_

Director          Board of Elections