IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TRACIE HUNTER, *et al.*, : | |
| : | Case No. 1:10cv820 |
| Plaintiffs, : | |
| : | Chief Judge Susan J. Dlott |
| v. : | |
| : | ORDER DENYING MOTION FOR |
| HAMILTON COUNTY BOARD OF : | EQUITABLE RELIEF |
| ELECTIONS, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

Before the Court is Plaintiff Hunter's Motion for Equitable Relief.  Doc. 221.  In this motion, Judge Hunter asserts that she preserved her right to request additional equitable relief in this case and now requests an order awarding her back pay and benefits from January 1, 2011 through May 25, 2012, the date she was sworn in as Judge for the Juvenile Court.  Plaintiff refers the Court to her earlier-filed "Notice of Additional Equitable Relief Request" as providing grounds for the relief she now seeks.  That Notice, filed on September 19, 2011, states in relevant part, "[a]t this point plaintiff simply seeks to preserve the opportunity to file for [additional equitable] relief *before any judgment becomes final* and appealable."  Doc. 196, Page ID 6063 (emphasis added).  A final, appealable judgment and order was entered in this case on February 8, 2012.  Plaintiff's request, therefore, is well out of time.  Plaintiff's motion is DENIED.

IT IS SO ORDERED.

       s/Susan J. Dlott
       Chief Judge Susan J. Dlott
       United States District Court