## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

TRACIE HUNTER, *et al.*,

        Plaintiffs,

        vs.

HAMILTON COUNTY BOARD OF
ELECTIONS, *et al.*,

        Defendants.

:
:
:
:
:
:
:
:
:
:
:
:

Case No. 1:10CV820

Chief Judge Susan J. Dlott

**REVISED DECLARATION OF
DONALD J. MCTIGUE**

---

I, Donald J. McTigue, make this declaration on personal knowledge and I am competent to testify about the matters of fact set forth below:

1. I am the trial attorney for Plaintiff-Intervenor Ohio Democratic Party ("ODP") in the above-captioned litigation.

2. I am the McTigue & McGinnis attorney with primary responsibility for representing ODP in this matter. I am personally familiar with and have personal knowledge of the attorney's fees and costs incurred by McTigue & McGinnis.

3. On March 26, 2012, 2012, I executed a declaration (Doc. #210-3) in support of Plaintiffs' Motion for Attorneys' Fees (Doc. #210). That declaration attached invoices detailing the attorneys' time and services for which an award of fees was requested and for costs.

4. Pursuant to this Court's Order dated September 30, 2013 (Doc. #227), attached are the same invoices submitted with the motion (Doc. #210), but with revisions reflecting removing time spent on the Painter case in the Ohio Supreme Court. The revisions are on entries dated 12/23/10 through 1/13/11. The revisions are shown with a line drawn through the description of

the activity and the amount of time. If only a portion of the description is struck, the revised amount of time is shown. The total reduction in time 7.3 hours for Donald J. McTigue.

5.  Also attached hereto are invoices for time by McTigue & McGinnis attorneys in this case after April 5, 2012 per the Courts Order (Doc. #227). The total additional time by attorney is: Donald J. McTigue 16.4 hours; Mark A. McGinnis 0.2 hours; and J. Corey Colombo 2.3 hours.

6.  The total fees submitted by McTigue & McGinnis attorneys in connection with the April 18, 2012 motion (Doc. #210) were as follows: Donald J. McTigue 102.60; Mark A. McGinnis 60.00; and J. Corey Colombo 6.0. Thus, the revised computation of fees by attorney in accordance with and at the rates approved in the Court's September 30, 2013 Order (Doc. #227), including the fees approved in therein, is as follows:

> a. Donald J. McTigue 111.70 hours @ $400 = $44,680.00
>
> b. Mark A. McGinnis 60.2 hours @ $250 = $15,050.00
>
> c. J. Corey Colombo 8.3 hours @ $250 = $2075.00

7.  Based on the foregoing and as reflected on the attached invoices, I am seeking recovery of McTigue & McGinnis' reasonable attorneys' fees of $61,805.00 and previously approved costs of $469.64 for a total amount of $62,274.64.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on October 17th, 2013.

> s/ Donald J. McTigue
> Donald J. McTigue

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the counsel of record in this case.

                           s/ Jennifer Branch

                           Jennifer Branch

# McTigue & McGinnis LLC
## ATTORNEYS AT LAW

550 EAST WALNUT STREET  |  COLUMBUS, OHIO 43215
TEL: (614) 263-7000 | FAX: (614) 263-7078 | www.MCTIGUELAW.us

Ohio Democratic Party
Hon. Chris Redfern, Chairman
341 E. Fulton St.
Columbus, OH 43215

Date: 12/13/2010

Regarding: Federal Court Litigation                    154-8
Invoice No:   03148

### Services Rendered

| Date | Staff | Description | Hours |
|------|-------|-------------|-------|
| 11/01/2010 | DJM | ██████████████████████████████ | ████ |
| 11/04/2010 | DJM | ██████████████████████████ | ██ |
| 11/04/2010 | DJM | ███████████████████████████ | ██ |
| 11/08/2010 | DJM | █████████████████████████ | ██ |
| 11/17/2010 | DJM | ██████████████████████████████████ y | ██ |
| 11/22/2010 | DJM | Review Hunter complaint and motion for TRO, Review and reply to C. Gentry emails re: intervention and TRO hearing, Review and approve Motion to Intervene and complaint, Return call to C. Gentry office, Voice mail message from Jennifer Branch, Call with C. Gentry after hearing. | ████ |
| 11/22/2010 | DJM | Attend Hunter TRO/PI hearing by telephone, Multiple emails with C. Gentry during hearing. | 3.70 |
| 11/23/2010 | DJM | Review Hunter TRO/PI, Review entry granting intervention, Email to J. Branch, Review Williams Notice of Appeal, Call from J. Branch re: Appeal issues, strategy for Board of Elections investigation of poll worker error, discuss history and how to prove poll worker error, Review ORP motion to intervene, Review email re: the case. | 1.50 |
| 11/24/2010 | DJM | Review Hunter notice of case number on Appeal, Call from J. Branch re: motion for stay arguments, Review motion for stay and J. Branch email, Review other emails re: other counties, Review stay order. | 1.00 |

Page:  2

| | | | |
|---|---|---|---|
| 11/24/2010 | MAM | Prepare Hunter Notices of Appearance for D. McTigue and M. McGinnis in Hunter v. Hamilton Cty. Bd. of Elections; electronically file same with 6th Circuit Court of Appeals; Prepare Corporate disclosure statement and electronically file with 6th Circuit Court of Appeals. | 0.80 |
| 11/28/2010 | DJM | Analyze Hunter legal issues for brief, outline argument, Emails with C. Redfern re: case, Email to, call with C. Gentry re: argument, Email to, voicemail message from J. Branch re: same. | 2.50 |
| 11/29/2010 | DJM | Call with J. Branch, Draft Hunter brief, Email same to C. Gentry and J. Branch, Review emails from Gentry and Branch, Instruct MAM. | 7.50 |
| 11/29/2010 | JCC | Retrieve case law for Hunter Sixth Circuit Brief. | 0.20 |
| 11/30/2010 | DJM | ████████████████████████████████ | ████ |
| 11/30/2010 | DJM | ████████████████ | ████ |

# McTigue & McGinnis LLC
## ATTORNEYS AT LAW

550 EAST WALNUT STREET  |  COLUMBUS, OHIO 43215
TEL: (614) 263-7000 | FAX: (614) 263-7078 | www.MCTIGUELAW.us

Ohio Democratic Party
Hon. Chris Redfern, Chairman
341 E. Fulton St.
Columbus, OH 43215

Date:  1/17/2011

Regarding: Federal Court Litigation                         154-8
Invoice No:  03321

### Services Rendered

| Date | Staff | Description | Hours |
|------|-------|-------------|-------|
| 12/01/2010 | DJM | Review Hunter 6th Circuit Decision, Call with D. Rose re: same, Call with J. Branch re: same and planning next steps in case - recount. | 0.50 |
| 12/02/2010 | DJM | Review J. Branch Hunter emails re: Board of Elections investigation of provisionals. | 0.10 |
| 12/02/2010 | DJM | Review Hunter Secretary of State Directive to Hamilton County Board of Elections and emails re: same. | 0.20 |
| 12/03/2010 | DJM | Review Hunter draft of proposed investigation procedures for Hamilton BOE, Email to J. Branch re: same, Review email updates, Review Branch letter to all counsel in case. | 0.40 |
| 12/04/2010 | DJM | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇ |
| 12/07/2010 | DJM | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇▇ |
| 12/07/2010 | DJM | Review order setting brief deadline. | 0.10 |
| 12/08/2010 | DJM | Review Hunter emails, Review Motion for Rehearing in 6th Circuit, Review related email from court re: refiling of motion. | 0.60 |
| 12/09/2010 | DJM | Call from Will Crossley- DNC- re: Hunter case. | 0.20 |
| 12/09/2010 | DJM | Review emails from J. Branch re: Board of Elections meeting, Board of Elections tie vote decision, filing motion for contempt, Review new filing in 6th circuit, Review ORP Amicus Motion and Brief. | 0.70 |
| 12/10/2010 | MAM | Review notice re: ORP Motion to File Amicus Brief (Hunter). | 0.10 |

| | | | |
|---|---|---|---|
| 12/13/2010 | DJM | Participate in Motion hearing via telephone. | 0.50 |
| 12/14/2010 | DJM | Review Branch and Gentry Hunter emails. | 0.10 |
| 12/14/2010 | MAM | Review Notice of Filing in 6th Circuit Court of Appeals re: Hunter case. | 0.10 |
| 12/15/2010 | DJM | ███████████████████████ | ████ |
| 12/16/2010 | DJM | ████████████████ | ████ |
| 12/16/2010 | MAM | Review 6th Circuit Court of Appeals Order in Hunter re: denying reconsideration. | 0.10 |
| 12/20/2010 | DJM | Review emails re: 6th Circuit brief. | 0.10 |
| 12/20/2010 | DJM | Review 6th Circuit Skaggs decision. | 0.20 |
| 12/21/2010 | DJM | Email to team re: yesterday's 6th Circuit decision in Skaggs. | 0.20 |
| 12/21/2010 | DJM | Review Painter filings in Ohio Supreme Court, Review related emails. | 1.00 |
| 12/21/2010 | DJM | Review and edit 6th Circuit brief, Email changes to C. Gentry, Two calls with C. Gentry, Review related emails, Review J. Branch brief. | 3.00 |
| 12/22/2010 | DJM | Review emails re: Hunter and Painter cases, Reply to Gentry email re: intervention in Painter. | 0.20 |
| 12/22/2010 | DJM | Email to Hunter team re: Erie County Board of Elections Appeal of discovery order on provisional ballot envelopes, Scan and email order re: same. | 0.20 |
| 12/23/2010 | DJM | Review and reply to email re: Hunter Motion to Enjoin OSC, Review same, ~~Review Hunter Motion to Intervene in Painter,~~ Review order setting hearing on Motion to Enjoin and email re: call-in. | ~~1.00~~ 0.80 |
| 12/23/2010 | DJM | Review Motion to Enjoin OSC, Send approval to sign. | 0.20 |
| 12/24/2010 | DJM | ~~Review J. Branch email re: Hamilton Board of Elections not defending in OSC, Review related attachments.~~ | ~~0.30~~ |
| 12/26/2010 | DJM | ~~Call from R. Coglianese, Review emails from J. Branch and C. Gentry, Email to C. Gentry, Review Motion to Intervene and answer, Email to C. Gentry,~~ Review memorandum contra TRO, Email to C. Gentry. | ~~1.00~~ 0.50 |
| 12/27/2010 | DJM | Review and approve memo, Attend hearing via telephone in Hunter, Review and reply to emails, Call from J. Branch re: law on | ~~2.00~~ 1.70 |

Case: 1:10-cv-00820-SJD Doc #: 210-3 Filed: 04/18/12 Page: 7 of 30  PAGEID #: 6362

requiring voter to testify how they voted, ~~merits of Painter case~~ defenses, Call with C. Gentry.

| | | | |
|---|---|---|---|
| 12/28/2010 | DJM | Review Hunter emails and notice of filings. | 0.40 |
| 12/29/2010 | DJM | ~~Review Ohio Supreme Court decision in Painter,~~ Review and reply to J. Brand email, Review notice of oral argument in 6th circuit, Review notice of pre-trial conference with Judge Dlott ▮▮▮▮ | ~~0.50~~ 0.30 |
| 12/30/2010 | DJM | Call with J. Branch and A. Gerhardstein re: filing second motion with Judge Dlott to enjoin OSC, discuss different scenarios for continuation of case, update on Board of Elections action. | 0.70 |

# 𝔐𝔠𝔗𝔦𝔤𝔲𝔢 & 𝔐𝔠𝔊𝔦𝔫𝔫𝔦𝔰 𝔏𝔏ℭ
## ATTORNEYS AT LAW

550 EAST WALNUT STREET  |  COLUMBUS, OHIO 43215
TEL: (614) 263-7000 | FAX: (614) 263-7078 | www.MCTIGUELAW.us

Ohio Democratic Party
Hon. Chris Redfern, Chairman
341 E. Fulton St.
Columbus, OH 43215

Date:  2/14/2011

Regarding: Federal Court Litigation                    154-8
Invoice No:  03537

### Services Rendered

| Date | Staff | Description | Hours |
|------|-------|-------------|-------|
| 1/04/2011 | DJM | ~~Review Relator's brief and ORP brief in Painter, Two calls with C. Gentry re: brief in Painter, Draft portion of brief, Email same, Review emails from Gentry and Branch~~ | ~~2.50~~ |
| 1/04/2011 | JCC | Research the authority of a Board of Elections to investigate poll worker errors, review Ohio Revised Code, case law, and SOS resources, conference with DJM re: same. (Hunter) | 2.40 |
| 1/04/2011 | MAM | Review multiple filings in 6th Circuit Court of Appeals; Prepare acknowledgement re: oral argument on behalf of Ohio Democratic Party; Electronically file same in 6th Circuit Court of Appeals. (Hunter) | 0.60 |
| 1/05/2011 | DJM | ~~Call with C. Gentry re: additional arguments for brief, Draft and edit portion of Ohio Supreme Court brief in Painter, Emails with team re: same, Instruct JCC on research for same.~~ | ~~2.00~~ |
| 1/05/2011 | JCC | Retrieve case of Squires v. Taft for DJM to use in brief for client. (Hunter) | 0.20 |
| 1/05/2011 | MAM | Review reply brief filing in 6th Circuit Court of Appeals. (Hunter) | 0.10 |
| 1/07/2011 | DJM | ~~Review Ohio Supreme Court decision in Painter, Review and reply to C. Gentry email re: same, Review emails from other counsel.~~ | ~~0.80~~ |
| 1/10/2011 | DJM | Emails with legal team re: ~~Painter decision,~~ next steps, Conference call with legal team. | ~~1.30~~ 1.20 |
| 1/11/2011 | DJM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |
| 1/11/2011 | DJM | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ |
| 1/11/2011 | DJM | ~~Review Painter case,~~ Review conference call with C. Gentry and J. Branch re: filing motion in Hunter case to enjoin BOE, Review draft | ~~2.00~~ 1.80 |

|  |  | of motion, Call with C. Gentry re: same, Emails with co-counsel, Re: same. |  |
|---|---|---|---|
| 1/11/2011 | DJM | Review summary from J. Branch re: investigation and break down of 850 PBs in Hunter case. | 0.10 |
| 1/12/2011 | DJM | ~~Review Ohio Supreme Court judgement entry in Painter.~~ | ~~0.10~~ |
| 1/12/2011 | DJM | Review Judge Dlott decision in Hunter, Review Husted second directive to Hamilton BOE, Send email re: same. | 0.40 |
| 1/13/2011 | DJM | Review Cincy Enquirer article re: Judge Dlott and Ohio Supreme Court's decisions in Hunter/Painter. | 0.10 |
| 1/13/2011 | DJM | ~~Review Ohio Supreme Court entry dismissing Painter Amended complaint and TRO motion.~~ | ~~0.10~~ |
| 1/13/2011 | DJM | Review emails from C. Gentry and J. Branch re: research issues, Board of Elections expected to tie vote tomorrow, on how to proceed on investigating and counting. (Hunter) | 0.30 |
| 1/14/2011 | DJM | Review notice of appeal in Hunter related emails, Review draft of motion for contempt, Call with C. Gentry re: same, Email to C. Gentry, Review emails from legal team, Review two orders from Judge Dlott. | 0.60 |
| 1/14/2011 | MAM | Review multiple filings in 6th Circuit Court of Appeals. (Hunter) | 0.40 |
| 1/16/2011 | DJM | Review notice of appeal by Board of Elections in Hunter case. | 0.10 |
| 1/17/2011 | DJM | Review draft memorandum in opposition to stay in Hunter, Review emails with legal team. | 1.00 |
| 1/17/2011 | MAM | Review multiple filings in 6th Circuit court of Appeals. (Hunter) | 0.30 |
| 1/18/2011 | DJM | Review draft brief in Hunter, Review multiple filings, Review court order granting stay, Review oral argument notice, Two conference calls with legal team, Call with C. Gentry, Review emails with legal team. | 3.00 |
| 1/18/2011 | MAM | Prepare notices of appearance for DJM and MAM in multiple cases; Electronically file same in 6th Circuit Court of Appeals. (Hunter) | 0.60 |
| 1/18/2011 | MAM | Review multiple filings in 6th Circuit Court of Appeals. (Hunter) | 0.40 |
| 1/19/2011 | DJM | Review multiple emails re: drafts of 6th Circuit brief and oral argument in Hunter, Review draft brief, Email changes to same. | 2.50 |
| 1/20/2011 | MAM | Review multiple filings in 6th Circuit Court of Appeals. (Hunter) | 0.40 |

| 1/21/2011 | DJM | Review email from C. Gentry re: how oral argument went, Reply to same. (Hunter) | 0.10 |
| 1/27/2011 | DJM | Review 6th Circuit decision in Hunter, Review Judgement Entry, Notice of Status, conference, email re: call in for same. | 0.60 |
| 1/28/2011 | DJM | Conference call with Court in Hunter, Review motion to expedite mandate and response, Review mandate. | 0.40 |
| 1/31/2011 | MAM | Review multiple filings in 6th Circuit Court of Appeals. (Hunter) | 0.30 |

# McTigue & McGinnis LLC
## ATTORNEYS AT LAW

550 EAST WALNUT STREET  |  COLUMBUS, OHIO 43215
TEL: (614) 263-7000 | FAX: (614) 263-7078 | www.MCTIGUELAW.us

Ohio Democratic Party
Hon. Chris Redfern, Chairman
341 E. Fulton St.                                            Date:  3/14/2011
Columbus, OH 43215

Regarding: Federal Court Litigation                     154-8
Invoice No:  03684

**Services Rendered**

| Date | Staff | Description | Hours |
|------|-------|-------------|-------|
| 2/03/2011 | DJM | Review Secretary of State tie vote decision to appeal 6th circuit decision. (Hunter) | 0.10 |
| 2/10/2011 | MAM | Review filing re: petition for hearing en banc (Hunter). | 0.20 |
| 2/11/2011 | DJM | Review SOS amicus brief, Review and reply to team emails. (Hunter) | 0.30 |
| 2/11/2011 | MAM | Review multiple filings in 6th Circuit (Hunter). | 0.30 |
| 2/13/2011 | DJM | Email to C. Gentry and D. Rose re: Markus' decision. (Hunter) | 0.60 |
| 2/14/2011 | DJM | Conference call with legal team re: Hunter en banc motions. | 0.90 |
| 2/15/2011 | DJM | Review email from C. Gentry re: Erie County decision impact on Hunter case. | 0.10 |
| 2/15/2011 | DJM | Review and reply to legal team emails re: overall theme in responding to en banc motions. (Hunter) | 0.30 |
| 2/22/2011 | DJM | Draft memorandum contra en banc review. (Hunter) | 1:00 |
| 2/25/2011 | DJM | Review drafts of Hunter and NEOCH's memorandums contra, Draft memorandum contra en banc review, Email draft to team, Emails with J. Branch email re: recount stage, Call from J. Branch re: filing separate memorandums, adding to due process argument. | 2.00 |
| 2/25/2011 | JCC | Retrieve and review insert for en banc brief, telephone conferences with DJM re: same, send e-mails to and review e-mails from J. Branch and others. (Hunter) | 0.60 |
| 2/25/2011 | MAM | Electronically file Response Contra Petition for Hearing En Banc in each of three cases pending before 6th Circuit Court of Appeals; Review multiple filings from multiple parties re: same. (Hunter) | 0.90 |

Page:   2

| | | | | |
|---|---|---|---|---|
| 2/26/2011 | DJM | Review memorandums contra en banc review as filed. (Hunter) | 0.40 | $80.00 |

# McTigue & McGinnis LLC
## ATTORNEYS AT LAW

550 EAST WALNUT STREET | COLUMBUS, OHIO 43215
TEL: (614) 263-7000 | FAX: (614) 263-7078 | www.MCTIGUELAW.us

Ohio Democratic Party
Hon. Chris Redfern, Chairman
341 E. Fulton St.
Columbus, OH 43215

Date:  4/13/2011

Regarding: Federal Court Litigation             154-8
Invoice No:  03765

### Services Rendered

| Date | Staff | Description | Hours |
|------|-------|-------------|-------|
| 3/01/2011 | DJM | Review Amicus motion in Hunter by NAACP. | 0.10 |
| 3/11/2011 | DJM | Review entry in Hunter granting Amici motions. | 0.10 |
| 3/29/2011 | DJM | Review emails and 6th circuit decision denying en banc review of preliminary injunction in Hunter. | 0.10 |

# McTigue & McGinnis LLC
## ATTORNEYS AT LAW

550 EAST WALNUT STREET | COLUMBUS, OHIO 43215
TEL: (614) 263-7000 | FAX: (614) 263-7078 | www.MCTIGUELAW.us

Ohio Democratic Party
Hon. Chris Redfern, Chairman
341 E. Fulton St.
Columbus, OH 43215

Date: 5/12/2011

Regarding: Federal Court Litigation                     154-8
Invoice No: 03959

### Services Rendered

| Date | Staff | Description | Hours |
|------|-------|-------------|-------|
| 4/01/2011 | DJM | Review motion to stay in Hunter pending cert to USSC. | 0.10 |
| 4/05/2011 | MAM | Review notice re: filing of Motion for Stay in 6th Circuit Court of Appeals (Hunter). | 0.10 |
| 4/07/2011 | DJM | Review second application for stay in Hunter. | 0.10 |
| 4/08/2011 | DJM | Review issuance of mandate and denial of motion to stay by 6th circuit in Hunter. | 0.10 |
| 4/08/2011 | MAM | Review decision of 6th Circuit Court of Appeals re: denying motion for stay mandate. (Hunter) | 0.10 |
| 4/09/2011 | DJM | Review application to recall and stay mandate in Hunter. | 0.20 |
| 4/11/2011 | DJM | Call with MAM re: call from U.S. Supreme Court in Hunter, Review MAM email re: same. | 0.10 |
| 4/11/2011 | MAM | Call with Clerk of United States Supreme Court re: response to application for stay; Call with C. Gentry re: same; Prepare e-mail to C. Gentry re: same. (Hunter) | 0.80 |
| 4/12/2011 | DJM | Review emails with co-counsel re: response for U.S. Supreme Court. | 0.10 |
| 4/12/2011 | MAM | Review e-mail from C. Gentry re: preparation or response to application for stay. (Hunter) | 0.20 |
| 4/12/2011 | MAM | Review electronic mail from Clerk of U.S. Supreme Court re: filing of response to application for stay; Prepare e-mail to all counsel re: applicable page limits and filing information. (Hunter) | 0.40 |
| 4/14/2011 | DJM | Call from D. Stevens re: 8 of 27 were on election day, others during early voting, Review email re: same, Review emails re: | 0.20 |

division of topics for response brief to USSC.

| Date | | Description | |
|---|---|---|---|
| 4/15/2011 | DJM | Review notice of status conference, Review cancellation of same, Review draft of USSC brief, Email to legal team approved to sign, Review multiple emails from team, Review final brief as filed. | 1.00 |
| 4/18/2011 | DJM | Review reply brief filed with USSC. | 0.30 |
| 4/20/2011 | MAM | Review decision on application for stay issued by U.S. Supreme Court (Hunter). | 0.10 |
| 4/21/2011 | DJM | Review and reply to J. branch email re: conference call in Hunter. | 0.10 |
| 4/22/2011 | DJM | Review notice of status conference and email re: call in info. | 0.10 |
| 4/25/2011 | DJM | Conference call with co-counsel in Hunter re: strategy for evidence gathering. | 1.50 |
| 4/26/2011 | DJM | Call from J. Branch re: discovery requests in Hunter. | 0.10 |
| 4/29/2011 | DJM | Review draft discovery in Hunter, Email to J. Branch re: same. | 0.30 |

# 𝔐𝔠𝔗𝔦𝔤𝔲𝔢 & 𝔐𝔠𝔊𝔦𝔫𝔫𝔦𝔰 𝔏𝔏ℭ
## ATTORNEYS AT LAW

550 EAST WALNUT STREET  |  COLUMBUS, OHIO 43215
TEL: (614) 263-7000 | FAX: (614) 263-7078 | www.MCTIGUELAW.us

Ohio Democratic Party
Hon. Chris Redfern, Chairman
341 E. Fulton St.
Columbus, OH 43215

Date:  6/06/2011

Regarding:  Federal Court Litigation               154-8
Invoice No:  04067

### Services Rendered

| Date | Staff | Description | Hours |
|------|-------|-------------|-------|
| 5/03/2011 | DJM | Confer with MAM re: status conference in Hunter, Review order setting briefing, Review denial of motion to enforce preliminary injunction, Review granting intervention by ORP. | 0.30 |
| 5/03/2011 | MAM | Participate in conference call with Court re: status and scheduling (Hunter) | 0.50 |
| 5/04/2011 | DJM | Review Board of Elections answers to Hunter and NEOCH/ODP complaints. | 0.20 |
| 5/24/2011 | DJM | Review answer filed by ORP, Review Stevenson email re: three additional PBs found. | 0.20 |
| 5/31/2011 | DJM | Review email and discovery requests to Hunter, Review email and discovery requests to NEOCH, Review Stevenson email re: proposed order on confidential information, Review Stevenson email re: pre-hearing meeting with J. Branch. | 0.60 |

# McTigue & McGinnis LLC
## ATTORNEYS AT LAW

550 EAST WALNUT STREET  |  COLUMBUS, OHIO 43215
TEL: (614) 263-7000 | FAX: (614) 263-7078 | www.MCTIGUELAW.us

Ohio Democratic Party
Hon. Chris Redfern, Chairman
341 E. Fulton St.
Columbus, OH 43215

Date:  8/04/2011

Regarding: Federal Court Litigation                          154-8
Invoice No:  04186

### Services Rendered

| Date | Staff | Description | Hours |
|------|-------|-------------|-------|
| 6/01/2011 | DJM | Call from D. Stevenson re: agreement to protective order. | 0.10 |
| 6/06/2011 | DJM | Review protective order from court. | 0.10 |
| 6/08/2011 | DJM | Review Stevenson and Branch emails re: discovery dispute, Review order re: discovery, Review court minute entry re: brief deadline and FPTC. | 0.20 |
| 6/09/2011 | DJM | Review proposed order re: transfer of ballots, Email approval to D. Stevenson, Review other approvals. | 0.20 |
| 6/10/2011 | DJM | Review order re: transferring ballots, Review J. Branch report to court. | 0.10 |
| 6/14/2011 | DJM | Review two discovery letters from J. Branch to D. Stevenson. | 0.10 |
| 6/15/2011 | DJM | Review ORP motion to dismiss Hunter case, Review order denying same, Review J. Branch letter to D. Stevenson. | 0.20 |
| 6/16/2011 | DJM | Review D. Stevenson email and proposed entry re: Board of Elections reviewing four ballots, Review C. Gentry emails re: same, Reply to Stevenson. | 0.30 |
| 6/17/2011 | DJM | Email to, from C. Gentry re: Stevenson's proposed order on reviewing 4 ballots, Review email and attachment from Stevenson re: posting at polling places. | 0.20 |
| 6/21/2011 | DJM | Review email re: Board of Elections expert witness, Review email re: Sherry Poland deposition. | 0.10 |
| 6/22/2011 | DJM | Call from A. Sferra re: ORP dismissing self from case- Ohio Democratic Party not planning to do same, Review email and proposed dismissal, Reply to same, Review same as filed. | 0.30 |

Page:  2

| 6/24/2011 | DJM | Call from J. Branch re: Jennifer Brunner as expert witness, Ohio Democratic Party participation at trial. | 0.50 | $100.00 |
| 6/24/2011 | DJM | Review motion to vacate by Hunter, Review entry granting same, Review motion by Board of Elections to reconsider. | 0.30 | $60.00 |
| 6/27/2011 | DJM | Review Hunter response to Board of Elections motion. | 0.10 | $20.00 |
| 6/27/2011 | MAM | Prepare e-mail to all counsel re: consent to appear as trial counsel at Pre Trial Hearing; Review multiple response re: same. | 0.30 | $60.00 |
| 6/28/2011 | DJM | Review draft of joint pretrial statement, Email to J. Branch re: same, Review notice of filing return of service of subpoenas. | 0.20 | $40.00 |
| 6/29/2011 | DJM | Review Hunter motion for extension to file trial brief, Review deposition notice for Poland & Faux, Review edits to joint pretrial statement by defendants' counsel, Review J. Branch email to Judge Dlott re: filing of joint pretrial statement, Review Board of Elections reply re: motion, Review order setting hearing on Board of Elections motion, Review NEOCH withdrawal and substitution of counsel, Review order granting extension to file trial briefs. | 1.00 | $200.00 |
| 6/30/2011 | DJM | Review motion for extension of time re: motion in limine, Review emails re: same, Review entry granting same, Confer with MAM re: filing change of trial counsel, Confer with MAM re: tomorrow's motion hearing, Review notice of appearance by cooperation, Review emails re: expert witness Tuchfarber, Review email re: Poland deposition, Review and reply to email re: final joint pre-trial statement, Review same. | 1.50 | $300.00 |

# McTigue & McGinnis LLC
## ATTORNEYS AT LAW

550 EAST WALNUT STREET | COLUMBUS, OHIO 43215
TEL: (614) 263-7000 | FAX: (614) 263-7078 | www.MCTIGUELAW.us

Ohio Democratic Party
Hon. Chris Redfern, Chairman
341 E. Fulton St.
Columbus, OH 43215

Date: 8/16/2011

Regarding: Federal Court Litigation                    154-8
Invoice No:  04274

### Services Rendered

| Date | Staff | Description | Hours |
|------|-------|-------------|-------|
| 6/30/2011 | MAM | Review deposition notice; Voice mail message to C. Gentry re: same; Prepare e-mail to C. Gentry re: Ohio Democratic Party position with respect to motion for emergency relief; Review multiple filings and e-mails re: upcoming hearing; Prepare e-mail to J. Branch re: ODP position with respect to motion for emergency relief and participation in depositions | 1.50 |
| 7/02/2011 | DJM | Review Agreeable order re: ballots and equipment, Send email re: suggested clarification, Review J. Branch email re: "named" observers, Review C. McCafferty email re: Tuchfaber, Review J. Brancg response, Review and reply to J. Branch email re: conference on Tuesday. | 0.20 |
| 7/05/2011 | DJM | Review emails re: conference call, Conference call with legal team re: prep for FPTC, Call with MAM re: same, seeking permission for Redfern to be available by phone. | 1.00 |
| 7/05/2011 | MAM | Conference call re: pretrial planning; Prepare draft notice re: substitution of counsel (Hunter) | 1.70 |
| 7/06/2011 | DJM | Review multiple emails with legal team re: prep for FPTC and discovery dispute, Review emails from defendant's counsel, Call with MAM re: argument for FPTC on standing NEOCH court order, EP claim, PW error, Review minutes from FPTC. | 1.20 |
| 7/06/2011 | JCC | Conference with MAM re: our attendance at hearing. | 0.10 |
| 7/07/2011 | DJM | Review emails following FPTC, Review revised proposal order to Judge Dlott. | 0.20 |
| 7/07/2011 | DJM | Two emails to legal team re: argument for questioning poll workers. | 0.80 |
| 7/07/2011 | MAM | Attend and participate in pretrial conference with Judge Dlott; Post | 9.00 |

conference trial preparation meeting with counsel (Hunter)

| | | | |
|---|---|---|---|
| 7/08/2011 | DJM | Call with MAM re: outcome of FPTC. | 0.50 |
| 7/08/2011 | DJM | Review signed order permitting re-use of equipment and transfer of ballots. | 0.10 |
| 7/08/2011 | DJM | Review email re: Board of Elections filing interlocutory appeal. | 0.10 |
| 7/08/2011 | MAM | Prepare e-mail to C. Gentry re: HB 194 changes re: provisional voters (Hunter) | 0.20 |
| 7/10/2011 | DJM | Review emails and attachments re: joint exhibit list and list of potential voters to be called as witnesses and J. Brunner testimony. | 0.40 |
| 7/10/2011 | MAM | Review multiple e-mails re: evidence, exhibits, interlocutory appeal issues, witness preparation documents, etc. | 0.50 |
| 7/11/2011 | DJM | Review email re: transfer of equipment, Review notice of filing Ohio Democratic Party complaint, Notice of correction to date of filing, Review notice of status conference. | 0.30 |
| 7/11/2011 | MAM | Review multiple filings; Prepare Notice of Appearance for JCC and electronically file same; Review notice re: status conference | 0.70 |
| 7/12/2011 | DJM | Review J. Branch email and motion to certify appeal as frivolous, Reply to J. Branch, Review C. Gentry reply, Review emails re: inference research, Participate in telephone status conference, Review transcripts of FPTC proceedings, Review minute entry from court, Review emails re: appeal strategy, Reply to same. | 2.00 |
| 7/12/2011 | DJM | Participate in telephone status conference with court, Review and reply to emails with team, Review transcript of status conference, Review notice of appeal, Review emails from court of appeals re: same, Review filings of notices of appearance re: same. | 0.50 |
| 7/12/2011 | JCC | Review court notices, conferences with MAM re: same. | 0.10 |
| 7/12/2011 | MAM | Review multiple filings and notices; Review multiple e-mails re: trial preparation documents, witness preparation, etc., participate in pre-trial telephone conference | 1.80 |
| 7/13/2011 | DJM | Review draft motion to dismiss, Email to J. Branch re: same, Review emails from team re: same, Review update from S. Krisel re: transfer of ballot, Review notice from court, Review email re: immunity case law, Review order staying trial, Review J. Branch email re: same. | 2.00 |
| 7/13/2011 | JCC | Review several notices from court including entry for stay of | 0.30 |

Page: 4

| 7/19/2011 | MAM | Attend and participate in hearing on permanent injunction before Jude Dlott (Hunter) | 13.50 |
| 7/20/2011 | DJM | Review emails from court, Review witnesses. | 0.20 |
| 7/20/2011 | JCC | Review several court notices and pleadings that have been filed with the court. | 0.30 |
| 7/20/2011 | MAM | Review multiple filings and e-mails re: ongoing hearing on permanent injunction. | 0.40 |
| 7/21/2011 | DJM | Review emails from court, Review email from J. Branch. | 0.10 |
| 7/21/2011 | JCC | Review several court notices. | 0.10 |
| 7/21/2011 | MAM | Review multiple filings and e-mails re: ongoing hearing on permanent injunction. | 0.40 |
| 7/22/2011 | DJM | Review emails from court and team. | 0.20 |
| 7/22/2011 | JCC | Review several court notices. | 0.10 |
| 7/22/2011 | MAM | Review multiple filings and e-mails re: ongoing hearing on permanent injunction; Prepare e-mail re: strategy re: counter to expert testimony re: reduction on wrong precinct provisional ballots since 2006. | 1.40 |
| 7/25/2011 | DJM | Review emails from court and from J. Branch. | 0.30 |
| 7/25/2011 | JCC | Review several court notices. | 0.10 |
| 7/25/2011 | MAM | Review multiple filings and e-mails re: ongoing hearing on permanent injunction; Prepare e-mail re: Dispatch article re: prevalence of absentee voting; Prepare MPS Motion re: admission PHV | 0.90 |
| 7/26/2011 | DJM | Review emails from court and counsel. | 0.20 |
| 7/27/2011 | DJM | Review emails from court and counsel | 0.20 |
| 7/27/2011 | MAM | Review multiple filings and e-mails re: ongoing hearing on permanent injunction. | 0.40 |
| 7/28/2011 | DJM | Review emails from court and counsel. | 0.20 |
| 7/28/2011 | JCC | Review several court notices. | 0:10 |
| 7/28/2011 | MAM | Review multiple filings and e-mails re: ongoing hearing on permanent injunction. | 0.50 |

Page:   5

| Date | | Description | |
|---|---|---|---|
| 7/29/2011 | DJM | Review emails from court and counsel. | 0.20 |
| 7/29/2011 | MAM | Review multiple filings and e-mails re: ongoing hearing on permanent injunction. | 0.40 |
| 7/31/2011 | DJM | Review emails from J. Branch and other counsel. | 0.30 |

*Expenses*

| Start Date | Description | Charges |
|---|---|---|
| 7/07/2011 | Parking | $13.00 |
| 7/07/2011 | Mileage | $132.65 |
| 7/18/2011 | Mileage | $132.65 |
| 7/18/2011 | Parking | $15.00 |
| 7/18/2011 | Parking | $15.00 |
| 7/19/2011 | Mileage | $132.65 |
| 7/19/2011 | Parking | $15.00 |
| 7/31/2011 | Lexis Nexis Fee- Hunter | $13.69 |
| | Total Expenses | $469.64 |

# McTigue & McGinnis LLC
## ATTORNEYS AT LAW

550 EAST WALNUT STREET  |  COLUMBUS, OHIO 43215
TEL: (614) 263-7000 | FAX: (614) 263-7078 | www.MCTIGUELAW.us

Ohio Democratic Party
Hon. Chris Redfern, Chairman
341 E. Fulton St.
Columbus, OH 43215

Date:  9/07/2011

Regarding:  Federal Court Litigation                           154-8
Invoice No:  04323

### Services Rendered

| Date | Staff | Description | Hours |
|------|-------|-------------|-------|
| 8/01/2011 | DJM | Review emails from court and counsel. | 0.20 |
| 8/01/2011 | DJM | Review filing with court re: HB 194 and HB 224. | 0.20 |
| 8/01/2011 | JCC | Review several court notices. | 0.10 |
| 8/01/2011 | MAM | Review filing re: Notice of Changes in the Law (NEOCH) | 0.10 |
| 8/01/2011 | MAM | Review multiple filings with Trial Court. | 0.40 |
| 8/02/2011 | DJM | Review emails from court and counsel. | 0.20 |
| 8/03/2011 | DJM | Review emails from court and counsel. | 0.10 |
| 8/04/2011 | DJM | Review emails from court, attorneys an S. Kristol. | 0.20 |
| 8/04/2011 | MAM | Review multiple filings with Court (Hunter) | 0.20 |
| 8/05/2011 | DJM | Review Hunter response to MSJ. | 0.30 |
| 8/08/2011 | DJM | Review emails from court and counsel. | 0.10 |
| 8/09/2011 | DJM | Review emails from court, S. Krisol. | 0.10 |
| 8/10/2011 | DJM | Review amended NEOCH/ODP complaint in Hunter and motion for leave, Review and reply to email re: same, Review follow up emails, Reply to one email re: changes, Review same as filed with court, Review proposed order re: same, Review email from D. Stevenson and documents attached. | 2.00 |
| 8/11/2011 | DJM | Review and reply to co-counsel email. | 0.10 |
| 8/12/2011 | DJM | Review response to motion to amend complaint. | 0.10 |

Page: 2

| Date | Initials | Description | Hours |
|---|---|---|---|
| 8/12/2011 | MAM | Review multiple case filings | 0.20 |
| 8/16/2011 | DJM | Review court's decision on NEOH motion to file amended complaint. | 0.10 |
| 8/16/2011 | DJM | Conference call with co-counsel. | 0.20 |
| 8/16/2011 | MAM | Review multiple filings, including entry granting leave to amend complaint | 0.20 |
| 8/19/2011 | DJM | Review memorandum to court of lists of ballots to be counted, Reply to email. | 0.20 |
| 8/19/2011 | DJM | Review and reply to email relist of ballots to be counted, Review emails from cocounsel re: same, Review same as filed with court, Review Board of Elections reply brief in support of MSJ, Review co-counsel email re: same. | 1.50 |
| 8/23/2011 | DJM | Conference call with co-counsel, Review ~~Dispatch~~ Draft for post-trial brief. | 1.00 |
| 8/23/2011 | DJM | Review draft of FOF. | 0.50 |
| 8/25/2011 | DJM | Review and edit injunction portion of COL, Review draft of post-trial brief, Emails with co-counsel re: same. | 1.50 |
| 8/25/2011 | JCC | Review Court notices including pleadings related to Motion for Summary Judgment. | 0.10 |
| 8/26/2011 | DJM | Review emails with co-counsel re: drafts of trial brief FOF and COL, Review same and reply to team. | 1.00 |
| 8/26/2011 | DJM | Review briefs and FOF and COL filed by all parties as filed. | 2.50 |
| 8/26/2011 | DJM | Review emails re: two ballot found in scanners. | 0.10 |
| 8/26/2011 | MAM | Review multiple e-mails re: document requests from Board of Elections (Hunter). | 0.20 |
| 8/29/2011 | DJM | Review emails re: ballot transfer, Review and reply to co-counsel emails re: scheduling conference call. | 0.10 |
| 8/30/2011 | JCC | Review Board's Motion to Dismiss Amended Complaint. | 0.10 |

# McTigue & McGinnis LLC
## ATTORNEYS AT LAW

550 EAST WALNUT STREET | COLUMBUS, OHIO 43215
TEL: (614) 263-7000 | FAX: (614) 263-7078 | www.MCTIGUELAW.us

Ohio Democratic Party,
Ohio Democratic Party
340 E. Fulton St.
Columbus, OH 43215

Date: 10/11/2011

Regarding: Federal Court Litigation          154-8
Invoice No:  04551

### Services Rendered

| Date | Staff | Description | Hours |
|------|-------|-------------|-------|
| 9/02/2011 | DJM | Conference call with co-counsel re: oral argument prep. | 0.80 |
| 9/07/2011 | DJM | Review notice from court. | 0.10 |
| 9/08/2011 | DJM | RV NEOCH and Ohio Democratic Party response to motion to dismiss amended complaint. | 0.30 |
| 9/09/2011 | JCC | Review Response to Motion to Dismiss. | 0.10 |
| 9/19/2011 | DJM | Review request for additional equitable relief. | 0.10 |
| 9/22/2011 | DJM | Review reply in support of motion to dismiss. | 0.30 |

# McTigue & McGinnis LLC



545 East Town Street
Columbus, Ohio 43215
Phone: 6142637000

## INVOICE

Invoice # 719
Date: 01/26/2012
Due Upon Receipt

Ohio Democratic Party
Hon. Chris Redfern, Chairman
340 E. Fulton St.
Columbus, OH 43215

## Federal Court Litigation

| Date | Description | Time | Attorney | Total |
|------|-------------|------|----------|-------|
| 01/13/2012 | Review email re: mediation, Call to C. Gentry. (Hunter) | 0.1 | DJM | |
| 01/25/2012 | Call from C. Gentry re: mediation. (Hunter) | 0.3 | DJM | |

# McTigue & McGinnis LLC



545 East Town Street
Columbus, Ohio 43215
Phone: 6142637000

## INVOICE

Invoice # 1026
Date: 03/06/2012
Due Upon Receipt

Ohio Democratic Party
Hon. Chris Redfern, Chairman
340 E. Fulton St.
Columbus, OH 43215

▬▬▬▬▬▬▬

| Date | Description | Time | Attorney |
|------|-------------|------|----------|


# Federal Court Litigation

| Date | Description | Time | Attorney |
|------|-------------|------|----------|
| 02/01/2012 | Review email re: mediation canceled. (Hunter) | 0.1 | DJM |
| 02/04/2012 | Review J. Branch email and press release re: cancellation of mediation. (Hunter) | 0.1 | DJM |
| 02/08/2012 | Review Hunter decision, Review and reply to email re: conference call, Review related emails. (Hunter) | 1.2 | DJM |
| 02/09/2012 | Conference call with legal team re: cort's decision, appeal, notice to AG, BOE, Williams, due process facial vs. as applied, motion for reconsideration. | 1.0 | DJM |
| 02/10/2012 | Review and reply to emails re: notice to AG, Approve same, Review article re: SOS position that BOE should appeal, Call with R. Coglianese re: SOS, issue to become most if 194 parts re-enacted. (Hunter) | 0.5 | DJM |
| 02/10/2012 | Review email re: BOE meeting notice. (Hunter) | 0.1 | DJM |

Invoice # 1026 - 03/06/2012



| 02/13/2012 | Review emails re: BOE decision to appeal, filing motion for attorney fees. (Hunter) | 0.1 | DJM |
| 02/14/2012 | Reply to email re: filing attorney fee application. (Hunter) | 0.1 | DJM |

## Statement of Account

| Outstanding Balance | New Charges | Payments Received | Total Amount Outstanding |

Please  make all amounts  payable to: McTigue & McGinnis  LLC; or pay online at:https://pay1.plugnpay.com/bpl/lp1767076 . Mastercard, Visa, and Discover Card accepted.

# McTigue & McGinnis LLC



545 East Town Street
Columbus, Ohio 43215
Phone: 6142637000

## INVOICE

Invoice # 836
Date: 02/10/2012
Due Upon Receipt

Ohio Democratic Party
Hon. Chris Redfern, Chairman
340 E. Fulton St.
Columbus, OH 43215

▬▬▬▬▬▬

| Date | Description | Time | Attorney |
|------|-------------|------|----------|



**Matter Subtotal**

## Federal Court Litigation

| Date | Description | Time | Attorney |
|------|-------------|------|----------|
| 01/16/2012 | Review email re: mediation. Email to C. Gentry re: same. (Hunter) | 0.1 | DJM |
| 01/26/2012 | Emails with J. Branch. No Charge. | 0.1 | DJM |
| 01/26/2012 | Prepare attorneys fee invoice. Email same to J. Branch. (Hunter) | 0.5 | DJM |
| 01/28/2012 | Review and reply to J. Branch email re: fees. (Hunter) | 0.1 | DJM |
| 01/30/2012 | Review and reply to Branch email re: fees. (Hunter) | 0.1 | DJM |

# McTigue & McGinnis LLC



545 East Town Street
Columbus, Ohio 43215
Phone: 6142637000

# INVOICE

Invoice # 1328
Date: 05/03/2012
Due Upon Receipt

Ohio Democratic Party
Hon. Chris Redfern, Chairman
340 E. Fulton St.
Columbus, OH 43215

## Election Law

| Date | Description | Time | Attorney | Total |
|------|-------------|------|----------|-------|



## Federal Court Litigation

| Date | Description | Time | Attorney | Total |
|------|-------------|------|----------|-------|





| | | | |
|---|---|---|---|
| 04/06/2012 | Review notices re: filings (Hunter) | 0.1 | MAM |
| 04/06/2012 | Review notice of extension of attorney fees motion deadline. (Hunter) | 0.1 | DJM |
| 04/09/2012 | Review motion to consolidate, Review reply on motion for stay. (Hunter) | 0.2 | DJM |
| 04/10/2012 | Review consolidation and brief schedule orders, Calendar new dates. (Hunter) | 0.2 | DJM |
| 04/16/2012 | Review decision denying stay. (Hunter) | 0.1 | DJM |
| 04/18/2012 | Review motion for attorney fees and J. Branch email re: same. (Hunter) | 0.5 | DJM |
| 04/19/2012 | Review emails re: BOE investigation of PWE. (Hunter) | 0.3 | DJM |
| 04/26/2012 | Two calls from M. Yevin re: status of settlement discussion. (Hunter) | 0.4 | DJM |
| 04/26/2012 | Review multiple emails re: counting of ballots, rejection of NEOCH ballots, options against BOE based on made quite investigation of PWE, Review summary by J. Branch of rejection of NEOCH ballots. | 0.5 | DJM |
| 04/30/2012 | Review and reply to email re: conference call on attorney fees offer. (Hunter) | 0.1 | DJM |

# McTigue & McGinnis LLC



545 East Town Street
Columbus, Ohio 43215
Phone: 6142637000

## INVOICE

Invoice # 1523
Date: 06/08/2012
Due Upon Receipt

Ohio Democratic Party
Hon. Chris Redfern, Chairman
340 E. Fulton St.
Columbus, OH 43215

## Election Law

| Date | Description | Time | Attorney | Total |
|------|-------------|------|----------|-------|



## Federal Court Litigation

### Services

| Date | Description | Time | Attorney | Total |
|------|-------------|------|----------|-------|
| 05/01/2012 | Review email re: recount. (Hunter) | 0.10 | DJM | |
| 05/01/2012 | Scan and email Hunter decision to J. Gilligan and H. Hedden. (Hunter) | 0.10 | DJM | |
| 05/03/2012 | Conference call with co-counsel re: attorney fees, Niehaus case in OSC. (Hunter) | 0.50 | DJM | |
| 05/07/2012 | Prepare update of hours for attorney fees motion/ Emails with co-counsel (Hunter) | 0.50 | DJM | |



05/14/2012    Review emails re: mediation. (Hunter)                    0.10    DJM

05/18/2012    Review opposing counsel email, discovery request re: attorney
              fees. (Hunter)                                           0.10    DJM

# McTigue & McGinnis LLC



545 East Town Street
Columbus, Ohio 43215
Phone: 6142637000

## INVOICE

Invoice # 1630
Date: 07/05/2012
Due Upon Receipt

Ohio Democratic Party
Hon. Chris Redfern, Chairman
340 E. Fulton St.
Columbus, OH 43215

## Election Law



| Date | Description | Time | Attorney | Total |
|------|-------------|------|----------|-------|

## Federal Court Litigation

### Services

| Date | Description | Time | Attorney | Total |
|------|-------------|------|----------|-------|
| 06/01/2012 | Emails with co-counsel re: attorney fees discovery request answers, Email to C. McCafferty re: same. (Hunter) | 0.20 | DJM | |
| 06/04/2012 | Meeting with DJM, prepare letter to opposing counsel in response to request for discovery made by Hamilton County Board of Elections, review responses of other parties, make several revisions to letter. (Hunter) | 2.00 | JCC | |

| | | | | |
|---|---|---|---|---|
| 06/04/2012 | Review co-counsel's responses to discovery, Finalize M&M response to discovery re: attorney fees, Email same to all counsel. (Hunter) | 1.00 | DJM | █████ |
| 06/05/2012 | Review co-counsel emails to McCafferty re: attorney fees. (Hunter) | 0.10 | DJM | █████ |
| 06/08/2012 | Review memo opposing attorney fees. (Hunter) | 0.50 | DJM | █████ |
| 06/13/2012 | Review briefs in opposition to attorneys fees. (Hunter) | 1.50 | DJM | █████ |
| 06/14/2012 | Review BOE corrected brief, motion and court entry. (Hunter) | 0.50 | DJM | █████ |
| 06/18/2012 | Review email from J. Branch re: attorney fees reply brief. (Hunter) | 0.10 | DJM | █████ |





06/25/2012    Email to, call to, call with C. Gentry re: reply memo, Review draft of    1.50    DJM
              reply memo on attorney fees, Email addition to argument, Emails
              from S. Chadra and J. Branch, Review final as filed. (Hunter)

06/26/2012    Review notice of filing TOC and TOA for reply memo on attorney    0.10    DJM
              fees. (Hunter)

06/27/2012    Prepare e-mail to J. Hunter re: response to Hamilton County    0.10    MAM
              prosecutor (Hunter)

## Expenses

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|

# McTigue & McGinnis LLC



545 East Town Street
Columbus, Ohio 43215
Phone: 6142637000

## INVOICE

Invoice # 1819
Date: 08/24/2012
Due Upon Receipt

Ohio Democratic Party
Hon. Chris Redfern, Chairman
340 E. Fulton St.
Columbus, OH 43215

## Election Law

| Date | Description | Time | Attorney | Total |
|------|-------------|------|----------|-------|



## Federal Court Litigation

### Services

| Date | Description | Time | Attorney | Total |
|------|-------------|------|----------|-------|





07/10/2012   Review and reply to J. Branch email re: dismissal of appeal. (Hunter)   0.10   DJM

0.10   DJM

07/11/2012   Review email re: motion for extension to file reply brief, Review stipulated dismissal of appeals. (Hunter)   0.20   DJM



07/13/2012   Review notice of case closing. (Hunter)          0.10   DJM

# McTigue & McGinnis LLC

545 East Town Street
Columbus, Ohio 43215
Phone: 6142637000



# INVOICE

Invoice # 3495
Date: 08/09/2013
Due Upon Receipt

Ohio Democratic Party
Hon. Chris Redfern, Chairman
340 E. Fulton St.
Columbus, OH 43215

## Election Law

| Date | Description | Time | Attorney | Total |
|------|-------------|------|----------|-------|



## Federal Court Litigation

### Services

| Date | Description | Time | Attorney | Total |
|------|-------------|------|----------|-------|





07/31/2013    Emails with legal team (Hunter)                    0.20    DJM

# McTigue & McGinnis LLC



545 East Town Street
Columbus, Ohio 43215
Phone: 6142637000

# INVOICE

Invoice # 3642
Date: 09/06/2013
Due Upon Receipt

Ohio Democratic Party
Hon. Chris Redfern, Chairman
340 E. Fulton St.
Columbus, OH 43215

## Election Law

| Date | Description | Time | Attorney | Total |
|------|-------------|------|----------|-------|



## Federal Court Litigation

| Date | Description | Time | Attorney | Total |
|------|-------------|------|----------|-------|
| 08/01/2013 | Emails with legal team re: filing memo on supplemental authority, Review same. (Hunter) | 0.40 | DJM | |





| 08/15/2013 | Review motion for additional equitable relief, Review entry denying same. (Hunter) | 0.30 | DJM |
| 08/15/2013 | Review Motion for Equitable Relief and Order Denying same in Hunter matter, conference with DJM regarding same. No charge. (Hunter) | 0.30 | JCC |
| 08/26/2013 | Review entry granting motion. (Hunter) | 0.10 | DJM |

## Statement of Account



## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

# McTigue & McGinnis LLC

545 East Town Street
Columbus, Ohio 43215
Phone: 6142637000



# INVOICE

Invoice # 3673
Date: 10/07/2013
Due Upon Receipt

Ohio Democratic Party
Hon. Chris Redfern, Chairman
340 E. Fulton St.
Columbus, OH 43215

## Election Law

| Date | Description | Time | Attorney | Total |
|------|-------------|------|----------|-------|
| ████ | ████████████ | ████ | | |

## Federal Court Litigation



| Date | Description | Time | Attorney | Total |
|------|-------------|------|----------|-------|



09/30/2013    Review decision on attorneys fees. (Hunter)          0.40    DJM

## Statement of Account



## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 284 | 11/22/2011 | | | |
| 1043 | 03/26/2012 | | | |
| 1182 | 04/16/2012 | | | |
| 1328 | 05/03/2012 | | | |
| 1523 | 06/08/2012 | | | |
| 1630 | 07/05/2012 | | | |
| 1819 | 08/24/2012 | | | |
| 1942 | 09/17/2012 | | | |
| 2068 | 10/10/2012 | | | |

# McTigue & McGinnis LLC



545 East Town Street
Columbus, Ohio 43215
Phone: 6142637000

# INVOICE

Invoice # 3783
Date: 10/17/2013
Due Upon Receipt

Ohio Democratic Party
Hon. Chris Redfern, Chairman
340 E. Fulton St.
Columbus, OH 43215

## Election Law

| Date | Description | Time | Attorney | Total |
|------|-------------|------|----------|-------|


## Federal Court Litigation

| Date | Description | Time | Attorney | Total |
|------|-------------|------|----------|-------|
| 10/02/2013 | Review emails re: additional information to prepare fee request. (Hunter) | 0.10 | DJM | |
| 10/03/2013 | Review emails from co-counsel re: attorney fees motion, new declaration and revised fee list. (Hunter) | 0.10 | DJM | |





10/17/2013    Prepare revised declaration and attorneys fees documentation for    5.00    DJM
              supplemental filing on attorneys fees motion, Call with C. Gentry,
              Voicemail for J. Branch, Review past emails re: revised attorneys
              fees per court's order, Email same to Gentry, Chandra, Gupta, and
              Branch. (Hunter)

## Statement of Account

| Outstanding Balance | New Charges | Payments Received | Total Amount Outstanding |
|---|---|---|---|

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|